# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WILBERT COLEMAN**                                                  **PLAINTIFF**

**v.**                             **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                **DEFENDANTS**

## ORDER DISMISSING MOTION [9]
## FOR SERVICE OF PROCESS AS PREMATURE

This matter comes before the court on the motion [9] by the plaintiff to serve the defendants with process. However, the court has not completed its review of the testimony from the *Spears* hearing in this case, which is necessary to decide which claims and defendants might be dismissed – and which might go forward. As such, the instant motion [9] is **DISMISSED** as premature.

**SO ORDERED**, this, the 23rd day of March, 2021.

                                                 /s/ David A. Sanders
                                                 DAVID A. SANDERS
                                                 UNITED STATES MAGISTRATE JUDGE