IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                            **PLAINTIFF**

**v.**                                                    **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                              **DEFENDANTS**

**ORDER GRANTING PLAINTIFF'S
MOTION [26] TO AMEND COMPLAINT**

This matter comes before the court on the motion [26] by the plaintiff to amend his complaint. A "court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)). Although not automatic, the decision to grant or deny such leave is within the sound discretion of the district court. *Bloom v. Bexar County, Texas*, 130 F.3d 722, 727 (5th Cir. 1997), *Halbert v. City of Sherman*, 33 F.3d 526, 529 (5th Cir. 1994). The motion [26] is well taken and is **GRANTED**. The instant complaint is deemed amended as of the date the instant motion was filed.

**SO ORDERED**, this, the 16th day of July, 2021.

                                                                    /s/ David A. Sanders
                                                                    DAVID A. SANDERS
                                                                    UNITED STATES MAGISTRATE JUDGE