IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                                               **PLAINTIFF**

**v.**                                                                     **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                                       **DEFENDANTS**

**JUDGMENT**

In accordance with the memorandum opinion entered this day, defendants Timothy Morris and Marshall Turner are **DISMISSED** with prejudice from this case for failure to state a constitutional claim against them. The plaintiff's claims against the remaining defendants for failure to protect him from attack by other inmates will, however, **PROCEED**.

**SO ORDERED**, this, the 16th day of July, 2021.

                                                       /s/ David A. Sanders
                                                       DAVID A. SANDERS
                                                       UNITED STATES MAGISTRATE JUDGE