IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                                                                     **PLAINTIFF**

**v.**                                                                                                                          **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                                                          **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO PROVIDE
SUFFICIENT IDENTIFYING INFORMATION FOR DEFENDANTS
MATHIS, SMITH, WILLIAM, THICKPEN, AND MENDFORD**

The court takes up, *sua sponte*, the matter of locating defendants "Unknown" Mathis, "Unknown" Smith, "Unknown" William, "Unknown" Thickpen, and "Unknown" Menford in this case to effect service of process. The plaintiff has not given enough information for the Mississippi Department of Corrections records department to identify these defendants. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon these defendants, or, at a minimum, enough information that MDOC may identify them and accept process on their behalf. Failure to do so will result in the dismissal of the unidentified defendants in this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 10th day of March, 2022.

                                                                                       /s/ David A. Sanders
                                                                                       DAVID A. SANDERS
                                                                                      UNITED STATES MAGISTRATE JUDGE