IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                                      **PLAINTIFF**

v.                                                                                             No. 4:20CV126-DAS

**TIMOTHY MORRIS, ET AL.**                                              **DEFENDANTS**

### ORDER DISMISSING DEFENDANTS MATHIS, SMITH, WILLIAM, THICKPEN, AND MENDFORD

The court takes up, *sua sponte*, the dismissal of defendants Mathis, Smith, William, Thickpen, and Mendford. On March 10, 2022, the court entered an order requiring the plaintiff to provide a valid address for service of process upon defendants Mathis, Smith, William, Thickpen, and Mendford (or, at a minimum, provide enough information such that MDOC may identify them). The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of these defendants without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on March 31, 2022. Defendants Mathis, Smith, William, Thickpen, and Mendford are therefore **DISMISSED** without prejudice from this case for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 12th day of April, 2022.

                                                                            /s/ David A. Sanders
                                                                            DAVID A. SANDERS
                                                                            UNITED STATES MAGISTRATE JUDGE