IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                          **PLAINTIFF**

v.                                                                                                                           **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                            **DEFENDANTS**

**ORDER SEALING DOCUMENTS**

The defendants have moved [73], [74] to seal various exhibits regarding the plaintiff's medical record, as well as documents regarding an inmate not party to the instant suit. The court finds that the motions [73], [74] are well taken and are **GRANTED**. The Clerk of the Court is therefore **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 26th day of September, 2022.

                                                                        /s/ David A. Sanders
                                                                        DAVID A. SANDERS
                                                                        UNITED STATES MAGISTRATE JUDGE