IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILBERT COLEMAN**                                                            **PLAINTIFF**

**v.**                                                          **No. 4:20CV126-DAS**

**TIMOTHY MORRIS, ET AL.**                                       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion by the defendants for summary judgment is **GRANTED**. Judgment is **ENTERED** for the defendants in all respects. This case is **CLOSED**.

**SO ORDERED**, this, the 26th day of September, 2022.

                                                                              /s/ David A. Sanders
                                                                              DAVID A. SANDERS
                                                                               UNITED STATES MAGISTRATE JUDGE